# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Urbanski, Michael F. | U.S. District Court - Western District of Virginia | 05/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

210 Franklin Road, SW
Roanoke, VA 24011-2208

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▓▓▓▓▓ - part-time (wages) |
| 2. | 2019 | Gardener - self-employed (occasional) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | January 5-10, 2019 | Charlottesville, VA | National Trial Advocacy College (teaching/mock trial judging) | Meals, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Urbanski, Michael F.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   Wells Fargo Bank (cash) | A | Interest | M | T | | | | | |
| 3.   Parkway Acquisition Corp. PKKW:US - Common Stock | A | Dividend | K | T | | | | | |
| 4.   MetLife Policyholder Trust | A | Dividend | J | T | | | | | |
| 5.   Real Estate/ Carroll Co., VA (1/2 interest) | | None | L | W | | | | | |
| 6.   Northwestern Mutual - Ordinary Life (whole life) | B | Dividend | K | T | | | | | |
| 7.   Northwestern Mutual - Custom CompLife (whole life) | C | Dividend | L | T | | | | | |
| 8.   Northwestern Mutual - Term to Age 65 (whole life) | B | Dividend | K | T | | | | | |
| 9.   Northwestern Mutual - 90 Life (whole life) | B | Dividend | K | T | | | | | |
| 10.   Baltimore Life Insurance Co Policy (whole life) (X) | B | Dividend | | | Redeemed | 04/02/19 | J | | |
| 11.   AXA Group IRA Equivest 100 Series (variable annuity) (H) | | | | | | | | | |
| 12.   AXA Equitable IRA/Multimanager Aggressive Equity Fund | | None | J | T | | | | | |
| 13.   Trust #1 (H) | | | | | | | | | |
| 14.   USAA Life Ins. Co. Annuity (fixed) #1 (formerly #2) | A | Interest | J | T | | | | | |
| 15.   USAA Life Ins. Co. Annuity (fixed) #2 (formerly #3) | A | Interest | J | T | | | | | |
| 16.   USAA Life Ins. Co. Annuity (fixed) #3 (formerly #4) | | None | M | T | | | | | |
| 17.   Ist Advantage Federal Credit Union (cash) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. American General Life Insurance - Whole Life | A | Dividend | J | T | | | | | |
| 19. JPMorgan Ultra-Short Income (JPST) | A | Dividend | J | T | Buy | 07/31/19 | J | | |
| 20. Proshares Russell 2000 Div Growers (SMDV) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 21. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 22. Invesco High Yield Muni. Fd CL Y (ACTDX) | A | Dividend | K | T | Buy (add'l) | 11/20/19 | J | | |
| 23. American Limited Term Tax Exempt Bond Fund F2 (LTEFX) | A | Dividend | J | T | Buy | 11/20/19 | J | | |
| 24. Brookfield Funds Center Coast MLP Focus Y (CCCNX) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 25. API Funds, Yorktown Multi-Asset Income Fund (APIIX) | A | Dividend | | | Sold | 07/25/19 | K | | |
| 26. Delaware Grp Global & Intl Funds Emerging Markets Fd. (DEMIX) | A | Dividend | K | T | | | | | |
| 27. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 28. Edgewood Funds Growth Fund I (EGFIX) | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 29. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 30. Federated Funds Kaufmann Small Cap Fund I (FKAIX) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 31. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 32. Federated Equity Funds, Strategic Value Divid. Fd. Instl (SVAIX) | A | Dividend | | | Sold | 07/25/19 | K | | |
| 33. American Funds New World Fund F2 (NFFFX) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 34. Legg Mason Funds Clearbridge Intl Grwth I (LMGNX) | A | Dividend | J | T | Buy | 11/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JPMorgan TR II Equity Income Fund I (HLIEX) | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 36. | | | | | Buy (add'l) | 07/30/19 | K | | |
| 37. JPMorgan TR II Small Cap Growth Fund I (JISGX) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 38. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 39. JPMorgan TR I Emerging Markets Equity Fund L (JMIEX) | A | Dividend | K | T | Buy | 07/25/19 | J | | |
| 40. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 41. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 42. Janus Invt Fd. Henderson Global Equity Income CL I (HFQIX) | A | Dividend | | | Sold | 11/15/19 | J | | |
| 43. Legg Mason Clrbrdg Agg Growth 1 (SAGYX) | | None | | | Sold | 07/25/19 | K | D | |
| 44. Pimco Intl Bond Fund US Dollar Hedged Inst (PFORX) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 45. Pimco Fds Pac Invt Mgmt Ser Emerg Mkts (PEBIX) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 46. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 47. T. Rowe Price Real Estate Fund (TRREX) | A | Dividend | | | Sold | 07/25/19 | J | | |
| 48. Touchstone Mid Cap Inst. (TMCPX) | A | Dividend | K | T | | | | | |
| 49. Undiscovered Mgrs Behavioral Value I (UBVLX) | B | Dividend | K | T | | | | | |
| 50. CUNA Single Premium Immediate Income Annuity (fixed) | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 16 and 50: These items do not generate reportable income as defined on page 41 of the filing instructions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Michael F. Urbanski

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544